

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## **TRANSCRIPT ORDER FORM**

CHAPTER 7.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: BARUCH C. COHEN        Attorney Bar# 159455
Law Firm: LAW OFFICE OF BARUCH C. COHEN, APLC
Mailing Address: 4929 WILSHIRE BOULEVARD, SUITE 940
LOS ANGELES, CA 90010

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): BARUCH C. COHEN
Telephone: (323) 937-4501        E-mail: baruchcohen@baruchcohenesq.com
Bankruptcy Case #: 8:19-14804        Adversary Proceeding #/MP #: 8:20-01040
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 07/07/20    Time: 1:30 pm
Debtor: Francisco Rivera
Adversary Proceeding Name: Cornell        vs. Rivera
Hearing Judge: C. Bauer        Courtroom #: SA 5D
**TRANSCRIBER:** Ben Hyatt        **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |

☐ Ordinary (30 days)   ☐ 3 Days              ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days                                     ☐ Testimony of Witness _____
                                             ☐ Other*           (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*