Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501          Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant Francisco Rivera*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FRANCISCO RIVERA,<br><br>    Debtor<br><hr>TRENTON CORNELL,<br><br>    Plaintiff<br><br>vs.<br><br>FRANCISCO RIVERA,<br><br>    Defendant | Case No. 8:19-bk-14804-CB<br><br>Adv. 8:20-ap-01040-CB<br><br>Before the Honorable Catherine E. Bauer<br><br>Chapter 7<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT FOR DETERMINATION THAT DEBT IS NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. §§ 523(a)(2), (4), & (6)**<br><br>Date: 10-20-2020<br>Time: 10:00am<br>Place: 411 West Fourth Street, Santa Ana, CA<br>Courtroom 5D |

TO PLAINTIFF TRENTON CORNELL AND HIS ATTORNEY OF RECORD:

Defendant FRANCISCO RIVERA ("Defendant") hereby answers the Complaint for Determination That Debt Is Non-Dischargeable Pursuant to 11 U.S.C. §§ 523(a)(2), (4), & (6) ("Complaint") filed herein by Plaintiff TRENTON CORNELL ("Plaintiff").

**JURISDICTION AND VENUE**

1. Admit

2. Admit

7/15-12:29pm

1 | 3. Admit
2 | 4. Denied
3 | 5. Admit

## PARTIES

5 | 6. Admit
6 | 7. Admit

## GENERAL ALLEGATIONS

8 | 8. Admit
9 | 9. Admit
10 | 10. Admit

## FIRST CLAIM FOR RELIEF - 11 U.S.C. § 523(A)(2)

12 | 11. Admit
13 | 12. Denied

## SECOND CLAIM FOR RELIEF - 11 U.S.C. § 523(A)(4)

15 | 13. Admit
16 | 14. Denied

## THIRD CLAIM FOR RELIEF - 11 U.S.C. § 523(A)(6)

18 | 15. Admit
19 | 16. Denied

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE (FAILURE TO STATE A CLAIM)

17. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(A)(2), 11 U.S.C. § 523(A)(4), & 11 U.S.C. § 523(A)(6) fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE (ESTOPPEL)

18. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(A)(2), 11 U.S.C. § 523(A)(4), & 11 U.S.C. § 523(A)(6) contains claims that are barred or abated substantially by the doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE (NO DAMAGES)**

19. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(A)(2), 11 U.S.C. § 523(A)(4), & 11 U.S.C. § 523(A)(6) fails in whole or in part to the extent he has suffered no damages by Defendant.

**FOURTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(2)(A)**

20. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A) fails in whole or in part to the extent that is alleges no misrepresentation, fraudulent omission, or deceptive conduct by Defendant.

**FIFTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(2)(A)**

21. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A) fails in whole or in part to the extent that is alleges no knowledge of falsity or deceptiveness of statement or conduct by Defendant.

**SIXTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(2)(A)**

22. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A) fails in whole or in part to the extent that is alleges no intent to deceive by Defendant.

**SEVENTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(2)(A)**

23. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A) fails in whole or in part to the extent that is alleges no justifiable or reasonable reliance by Plaintiff on any statement made by Defendant.

**EIGHTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(2)(A)**

24. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A) fails in whole or in part to the extent that is alleges no causation and damages as a result of any action by Defendant.

**NINTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(4)**

25. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(4) fails in whole or in part to the extent that is alleges no fraud or defalcation while acting in a fiduciary capacity by Defendant.

**TENTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(4)**

26. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(4) fails in whole or in part to the extent that is alleges no embezzlement by Defendant.

**ELEVENTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(4)**

27. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(4) fails in whole or in part to the extent that is alleges no larceny by Defendant.

**TWELFTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(6)**

28. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(6) fails in whole or in part to the extent that is alleges no willful injury to Plaintiff by Defendant.

**THIRTEENTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(6)**

29. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(6) fails in whole or in part to the extent that is alleges no willful injury to Plaintiff by Defendant.

**FOURTEENTH AFFIRMATIVE DEFENSE (11 U.S.C. § 523(a)(6)**

30. Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(6) fails in whole or in part to the extent that is alleges no malicious injury to Plaintiff by Defendant.

**WHEREFORE**, Defendant prays:

1. That this Court deny Plaintiff's Complaint pursuant to 11 U.S.C. § 523(a)(2)(A), 11 U.S.C. § 523(a)(4), & 11 U.S.C. § 523(a)(6);

2. That PLAINTIFFS take nothing by his Complaint.

3. That this Court enter a judgement in favor of Defendant that his debt to Plaintiff pursuant to 11 U.S.C. § 523(a)(2)(A), 11 U.S.C. § 523(a)(4), & 11 U.S.C. § 523(a)(6) be discharged.

4. That pursuant to 11 U.S.C. §524(a)(1) and (2), this discharge should also serve to void any future judgment to determine the personal liability of Defendant and operate as a permanent injunction against any actions whether commenced pre-petition or post-petition.

5. That this Court award Defendant's costs and reasonable attorney's fees in an amount which will be ascertained, pursuant to 11 U.S.C. § 523(d), F.R.C.P § 11 and F.R.B.P. § 9011.

6. That this Court award Defendant any further relief as this Court deems just.

DATED:     July 15, 2020            LAW OFFICE OF BARUCH C. COHEN
                                    A Professional Law Corporation

                                    By    /S/ Baruch C. Cohen
                                    Baruch C. Cohen, Esq.
                                    *Attorney For Defendant Francisco Rivera*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010**

A true and correct copy of the foregoing document entitled **DEFENDANT'S ANSWER TO PLAINTIFF'S ADVERSARY COMPLAINT FOR DETERMINATION THAT DEBT IS NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. §§ 523(a)(2), (4), & (6)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Daniel J Griffin (PL)            eric@thebklawoffice.com, kari@thebklawoffice.com; daniel@thebklawoffice.com
Karen S Naylor (TR)          alane@ringstadlaw.com, knaylor@IQ7technology.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Baruch C Cohen (PL)         bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **July 15, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 15, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

~~Hon. Catherine E. Bauer, 411 West Fourth Street, Suite 5165, Santa Ana, CA 92701-4593~~

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 15, 2020** | **Baruch C. Cohen** | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**